

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00064-CV

———————————————

IN RE GARY BRUCE PEEK, Relator

Original Proceeding
271st District Court of Wise County, Texas
Trial Court No. CV12-04-254

Before Womack, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and the response of real party in interest and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered:  March 21, 2023